ACCEPTED
01-14-00392-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/30/2015 3:41:11 PM
CHRISTOPHER PRINE
CLERK

## No. 01-14-00392-CR

In the
Court of Appeals
for the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

1/30/2015 3:41:11 PM

CHRISTOPHER A. PRINE
Clerk

———————◆———————

**No. 1394753**
In the 185th District Court
Of Harris County, Texas

———————◆———————

## CHANCE ROACH
*Appellant*

v.

## THE STATE OF TEXAS
*Appellee*

———————◆———————

## STATE'S SECOND MOTION FOR EXTENSION OF TIME IN WHICH TO FILE AN APPELLATE BRIEF

———————◆———————

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for an extension of time in which to file the State's brief in this cause, and, in support thereof, presents the following:

1. On April 25, 2014, a jury convicted appellant of aggravated assault with a deadly weapon and sentenced him to 20 years in the Institutional Division of the Texas Department of Criminal Justice and a $10,000 fine.

2. Appellant filed a timely written notice of appeal on April 25, 2014.

3. The State's brief was due on January 30, 2015.

4. An extension of time in which to file the State's brief is requested until March 2, 2015.

5. The following facts are relied upon to show good cause for the requested extension:

   i.   The undersigned attorney has been engaged in the preparation of the State's Brief in Cause No. 14-14-00139-CR, *Isaac Smith, Appellant v. The State of Texas, Appellee*.

   ii.  The undersigned attorney has been engaged in the preparation of the State's Brief in Cause No. 01-14-00422-CR, *Benjamin Maurine Sadler, Appellant v. The State of Texas, Appellee*.

   iii. The undersigned attorney has been engaged in the preparation of the State's Brief in Cause No. 01-12-01175-CR, *Mark Rascoe, Appellant v. The State of Texas, Appellee*.

   iv.  The undersigned attorney has been engaged in the preparation of the State's Brief in Cause Nos. 01-14-00072-CR & 01-14-00073-CR, *Larry Wayne Richard, Appellant v. The State of Texas, Appellee*.

WHEREFORE, the State prays that this Court will grant an additional extension of time until March 2, 2015 in which to file the State's brief in this cause.

Respectfully submitted,


/s/ Heather A. Hudson
**HEATHER A. HUDSON**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
State Bar No. 24058991
hudson_heather@dao.hctx.net
curry_alan@dao.hctx.net

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been submitted

for service by e-filing to the following address:

Sarah V. Wood
Assistant Public Defender
1201 Franklin, 13th Floor
Houston, Texas 77002
Tel: (713) 368-0016
Fax: (713) 368-9278
Sarah.Wood@pdo.hctx.net


/s/ Heather A. Hudson
**HEATHER A. HUDSON**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
State Bar No. 24058991

Date: January 30, 2015